```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF PUERTO RICO
```

I. COM, INC.

     V.                   CIVIL NO. 98-2430 (RLA)

INTEGRATED SYSTEMS. L.L.P.

                                     O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 13/03/99    Docket # 28<br>[X] Defendant<br><br>Title: Integrated System's Motion Requesting Settlement Conference. | GRANTED. A settlement conference is hereby scheduled for January 26, 2000, at 3:30 p.m. It is further ORDERED that the parties' principals with authority to enter into binding agreements shall be present at the conference.<br>It is further ORDERED that a copy of the proposed settlement agreement shall be filed* for the Court's review and information no later than January 21, 2000.<br><br>If the parties so desire, the proposed draft agreement may be filed under seal. |

December **9**, 1999          by          RAYMOND L. ACOSTA
    Date                                    U.S. District Judge

*[handwritten] 3 Ctroom copy*

Rec'd:      EOD:

By:        #

*[Stamp: RECEIVED & FILED 1999 DEC 10 AM 11:59 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR]*