UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

I. COM, INC.

    v.     CIVIL NO. 98-2430 (RLA)

INTEGRATED SYSTEMS. L.L.P.

*RECEIVED & FILED 1999 DEC 21 PM 1: 26 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR*

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 12/17/99  Docket # 31<br>[X] PLAINTIFF<br><br>Title: Request to Hold in Abeyance Motion for Summary Judgment, or Alternatively, for a Brief Extension of Time to Submit Opposition to Summary Judgment | GRANTED. Motion for Summary Judgment is hereby held in ABEYANCE pending results of settlement conference to be held on January 26, 2000. |

December 20, 1999
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:       EOD:

By: /s/       #33