IN THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

I.COM, INC.,

    Plaintiff,

v.                                          CIVIL NO. 98-2430 (RLA)

INTEGRATED SYSTEMS, L.L.P.,

    Defendant.

### ORDER RESCHEDULING SETTLEMENT AND PRETRIAL CONFERENCES

The Settlement Conference scheduled for today, January 26, 2000, at 3:30 p.m. is hereby **rescheduled for Tuesday, February 1, 2000, at 3:00 p.m.**

In the event that settlement is not reached, a PRETRIAL CONFERENCE is hereby scheduled for **February 4, 2000, at 10:30 a.m.**[1] The parties shall file the Joint Proposed Pretrial Order on **February 3, 2000** with a courtesy copy to the chambers of the undersigned.[2]

IT IS FURTHER ORDERED that the parties shall bring to the PRETRIAL CONFERENCE the Trial Briefs prepared in accordance with the undersigned's STANDING ORDER FOR CIVIL TRIALS issued on February 10, 1994.[3]

---

[1] Accordingly, the PRETRIAL CONFERENCE originally scheduled for February 2, 2000, at 2:30 p.m is hereby VACATED.

[2] Courtesy copy to be hand-delivered or FAXED directly to the chambers of the undersigned on even date.

[3] Parties are admonished that they must timely comply with all other requirements set forth in the Standing Order, including the marking of the evidence.



AO 72
(Rev 8/82)

A JURY TRIAL remains scheduled for **February 8, 2000, at 9:30 a.m.**

IT IS SO ORDERED.

San Juan, Puerto Rico, this 26th day of January, 2000.

                                   RAYMOND L. ACOSTA
                                   United States District Judge