IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| I.COM, INC. | |
| Plaintiff, | |
| v. | CIVIL NO. 98-2430 (RLA) |
| INTEGRATED SYSTEMS, L.L.P. | |
| Defendant. | |

### MINUTES AND ORDER OF SETTLEMENT CONFERENCE
### HELD ON FEBRUARY 1, 2000

The parties appeared before the undersigned in chambers for a Settlement Conference on February 1, 2000, from 3:00 p.m. to 3:40 p.m.

JUAN H. SAAVEDRA CASTRO, ESQ., represented plaintiff. Defendant INTEGRATED SYSTEMS was represented by RAMON L. VIÑAS BUESO, ESQ., and ERIC TULLA, ESQ. Also present were EDWARD CHRISTOPHER, ESQ., plaintiff's General Counsel and LUIS MIRANDA, principal of INTEGRATED SYSTEMS.

Counsel for plaintiff informed the Court that the parties had reached a final agreement which they were ready to sign, as the principals for each side were present in chambers. The Court reviewed the terms of the agreement with counsel, after which the principals were summoned to execute same in the Court's presence.

AO 72
(Rev 8/82)

CIVIL NO. 98-2430 (RLA)                                                                 Page 2

---

Accordingly, IT IS HEREBY ORDERED that the parties shall file a Stipulation of Dismissal **no later than February 4, 2000**.

In light of this agreement, IT IS FURTHER ORDERED that the PRETRIAL CONFERENCE scheduled for February 4, 2000 and the JURY TRIAL set for February 8, 2000 are hereby **VACATED**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 3rd day of February, 2000.

RAYMOND L. ACOSTA
United States District Judge