IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

I.COM, INC.

    Plaintiff,

v.                                     CIVIL NO. 98-2430 (RLA)

INTEGRATED SYSTEMS, L.L.P,

    Defendant.

### JUDGMENT

The Stipulation of Dismissal, filed by the parties on February 2, 2000 (docket No. **37)** is hereby **GRANTED**.

Accordingly, it is hereby ORDERED AND ADJUDGED that the parties be and the same are bound by the terms of their Settlement and Release Agreement.

It is further ORDERED AND ADJUDGED that this action shall be dismissed without prejudice without imposition of costs or attorneys' fees subject and conditioned to payment of $30,000 within 30 days from execution as set forth in the aforementioned Agreement.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 8th day of February, 2000.

                                          RAYMOND L. ACOSTA
                                          United States District Judge