IN THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAR 13 AM 7:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

I.COM, INC.,

    Plaintiff,

v.                                                    CIVIL NO. 98-2430 (RLA)

INTEGRATED SYSTEMS, L.L.P.,

    Defendant.

## AMENDED JUDGMENT *NUNC PRO TUNC*

The parties having mutually satisfied their conditional obligations under the Settlement and Release Agreement, the motion of Stipulation of Dismissal with Prejudice (**docket No. 40**, filed on March 2, 2000) is **GRANTED**.

Accordingly, it is hereby ORDERED and ADJUDGED that the parties be and the same are bound by the terms of their Settlement and Release Agreement, and

IT IS FURTHER ORDERED that this action be and the same is hereby DISMISSED with prejudice without the imposition of costs and attorneys' fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9th day of March, 2000.

_____
RAYMOND L. ACOSTA
United States District Judge