UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAY 15 AM 8 06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

I. COM, INC.

V.                              CIVIL NO. 98-2430 (RLA)

INTEGRATED SYSTEMS, L.L.P.

# O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 5/2/2000   Docket # 42 | GRANTED. |
| [X] Plff. | |
| Title: MOTION REQUESTING RETURN OF NON-RESIDENT BOND | |

May  11 , 1999              RAYMOND L. ACOSTA
   Date                      U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # 43 |

3 Finance Clerk